Peter J. Engstrom, State Bar No. 121529
(peter.j.engstrom@bakernet.com)
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

Attorneys for Plaintiff
BIG LAGOON RANCHERIA, a Federally
Recognized Indian Tribe

**FILED**

NOV 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE INDIAN GAMING RELATED CASES | Case No. C-99-4995-CW |
| BIG LAGOON RANCHERIA, a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | **STIPULATION OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(ii)] |

In accordance with Federal Rule of Civil Procedure 41, plaintiff Big Lagoon Rancheria and defendant State of California, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action without prejudice, each party to bear its own costs.

For the Plaintiff Big Lagoon Rancheria:

Dated: November 9, 2007

Peter J. Engstrom
BAKER & McKENZIE LLP

By: _____
Peter J. Engstrom
Attorneys for Plaintiff
BIG LAGOON RANCHERIA, a Federally
Recognized Indian Tribe

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
(415) 576-3000

STIPULATION OF DISMISSAL
CASE NO. C-99-4995-CW

SFODMS/6534201.1

1 | For the Defendant State of California:

2 | Dated: November 8, 2007

EDMUND G. BROWN JR.
ATTORNEY GENERAL OF THE STATE OF
CALIFORNIA
Robert L. Mukai
SENIOR ASSISTANT ATTORNEY GENERAL
Peter Kaufman
DEPUTY ATTORNEY GENERAL

By: _____
Peter H. Kaufman
Deputy Attorney General
Attorneys for Defendant
STATE OF CALIFORNIA

NOV 13 2007

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
(415) 576-3000

2  STIPULATION OF DISMISSAL
   CASE NO. C-99-4995-CW

SFODMS/6534201.1

# CERTIFICATE OF SERVICE

I, Christine von Seeburg, declare:

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Two Embarcadero Center, 11th Floor, San Francisco, CA 94111.

On November 9, 2007 I served the attached

**STIPULATION OF DISMISSAL**

on the parties in this action by placing true and correct copies thereof in sealed packages, addressed as follows:

Peter H. Kaufman, Esq.                    Attorneys for Defendant State of California
Deputy Attorney General
Office of the Attorney General
 of the State of California
110 West "A" Street, Suite 1100
San Diego, CA 92101

Telephone:   (619) 645-2020
Fax:         (619) 645-2012

[X] (BY U.S. MAIL) I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE LLP, San Francisco, CA, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California, on November 9, 2007.

_____
Christine von Seeburg

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
(415) 576-3000

SFODMS/6534201.1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. C-99-4995-CW